# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 17, 2009

Marilyn Kelly,
Chief Justice

138275

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

KEVIN KELLER,
      Petitioner-Appellant,

v

PUBLIC SCHOOL EMPLOYEES
RETIREMENT SYSTEM and PUBLIC SCHOOL
EMPLOYEES RETIREMENT BOARD,
      Respondents-Appellees.

SC: 138275
COA: 287440
Ingham CC: 07-001643-AA

_____/

      On order of the Court, the application for leave to appeal the January 14, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, C.J., and CAVANAGH and HATHAWAY, JJ., would remand this case to the Court of Appeals for consideration as on leave granted.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 17, 2009

_____
Clerk

s0610